**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Jonathan Pallera,

       Plaintiff,

vs.

Desert Palace, Inc.,

       Defendant.

Case No.: 14-cv-1772-JAD-VCF

**Order Re: Doc. 14**

On January 14, 2015, defendant Desert Palace, Inc. moved for partial dismissal of plaintiff Jonathan Pallera's second amended complaint.  Doc. 14.  On January 22, 2015, Desert Palace filed a notice of bankruptcy, indicating that it had filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  Doc. 16 at 1.  The same day, I entered a minute order staying the case "by operation of 11 U.S.C. § 362 pending the outcome of the bankruptcy proceedings."  Doc. 17 (minutes).  In light of the stay, I deny without prejudice Desert Palace's motion to dismiss, subject to refiling if and when the stay is lifted.

Accordingly, it is HEREBY ORDERED that Desert Palace's Motion for Partial Dismissal **[Doc. 14] is DENIED WITHOUT PREJUDICE**.

DATED: February 13, 2015.

_____
Jennifer A. Dorsey
United States District Judge