Paul T. Trimmer, Bar No. 9291
Lisa A. McClane, Bar No. 10139
Kelly R. Kichline, Bar No. 10642
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
paul.trimmer@jacksonlewis.com
lisa.mcclane@jacksonlewis.com
kelly.kichline@jacksonlewis.com

*Attorneys for Defendant*
*Desert Palace, Inc. d/b/a Caesars Palace*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JONATHAN PALLERA, an individual, | Case No.: 2:14-cv-01772-JAD-VCF |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| DESERT PALACE, INC. d/b/a CAESARS PALACE a Nevada Corporation; DOES 1 through 25, inclusive; and ROE CORPORATIONS 1 through 25, inclusive. | ECF No. 34 |
| Defendants. | |

Plaintiff Jonathan Pallera ("Plaintiff"), by and through his undersigned counsel, Kang & Associates, PLLC, and Desert Palace, Inc., ("Defendants"), by and through their counsel, the law

firm of Jackson Lewis, P.C., having reached a global resolution, hereby stipulate and request that the Court dismiss all claims with prejudice, with each party to bear their own attorneys' fees and costs.

Dated this 6th day of December, 2019.

| | |
|---|---|
| /s/Kelly R. Kichline | /s/Kyle R. Tatum |
| Kelly R. Kichline | Patrick W. Kang, Bar No. 010381 |
| Jackson Lewis P.C. | Kyle R. Tatum, Bar No. 013264 |
| 300 S. Fourth Street, Suite 900 | Kang & Associates, PLLC |
| Las Vegas, Nevada 89101 | 6480 W. Spring Mountain Rd., Suite 1 |
| | Las Vegas, Nevada 89146 |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |

## ORDER

Based on the parties' stipulation **[ECF No. 34]** and good cause appearing, IT IS HEREBY ORDERED that THE STAY IS LIFTED for the purpose of dismissing this case; **THIS ACTION IS DISMISSED** with prejudice, each side to bear its own fees and costs; and the **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge  12-10-19

JACKSON LEWIS P.C.
LAS VEGAS

-2-